United States District Court
Southern District of Texas
**ENTERED**
March 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KIDLYN VENTURES T/A SWAYING PALMS, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-301 |
| § § | |
| TUDOR INSURANCE COMPANY, § § | |
| Defendant. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed and signed by all parties, which the Court hereby deems effective. (D.E. 17); FED. R. CIV. P. 41(a)(1)(A)(ii). Per the stipulation, the case is dismissed with prejudice. (D.E. 24); FED. R. CIV. P. 41(a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
    March 23, 2021